# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEVI LUGINBYHL HAWKINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE DEPARTMENT OF JUSTICE, et al., )<br>)<br>Defendants. ) | 2:12-cv-035-WTL-WGH |

## Entry and Order Directing Dismissal of Action

A prisoner may not "bring a civil action or appeal a judgment in a civil action or proceeding under this section [' 1915] if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. ' 1915(g). This is commonly known as the "three strikes" provision.

When it initially reviewed Mr. Hawkins' submissions, the court was unaware that he had accumulated three strikes at the time that he signed his complaint and was not eligible to proceed *in forma pauperis* because of the barrier created by 28 U.S.C. ' 1915(g). *Levi McRae Luginbyhl Hawkins v. United States of America, et al.*, Case No. 11-cv-744-TCK-PJC (N.D. Okla. December 1, 2011) (assessing Hawkins third strike for purposes of § 1915(g)). Accordingly, the grant of *in forma pauperis* status is rescinded and this action will be summarily dismissed without prejudice. *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999)("An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that ' 1915(g) applies to a particular litigant will lead to immediate termination of the suit.").

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 02/22/2012

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana